# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MIGUEL ANGEL LOPEZ-MENDOZA,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM P. BARR, United States Attorney General,<br><br>Respondent. | Case No. CV 19-1448-DSF (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court, having made a *de novo* determination of the objections to the Report and Recommendation, concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that the emergency stay of removal be lifted and that Judgment be entered denying the Petition and dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 23, 2019.

　　　　　　　　　　　　　　　　　*/s/ Dale S. Fischer*
　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE