JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL LOPEZ-MENDOZA,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM P. BARR, United States Attorney General,<br><br>Respondent. | Case No. CV 19-1448-DSF (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: October 23, 2019.

_Dale S. Fischer_
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE